IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTINA JACOBS,

    Plaintiff,

v.                                                     CASE NO. 5:13-cv-00278-MP-CJK

UNITED STATES OF AMERICA,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 11, the Report and Recommendation of the Magistrate Judge, recommending that the case be transferred to the United States District Court for the Northern District of West Virginia. The time for filing objections has passed, and none have been filed. Upon consideration, the motion is granted and it is hereby

**ORDERED AND ADJUDGED**:

The Clerk is directed to transfer this case to the United States District Court for the Northern District of West Virginia.

**DONE AND ORDERED** this _10th_ day of January, 2014

                                               *s/Maurice M. Paul*
                                          Maurice M. Paul, Senior District Judge